UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

VIRGINIA M. ARMSTRONG,

        Plaintiff,

  v.

SUSAN WINTERS, et al.,

        Defendants.

NO. CIV. 09-0534 FCD DAD PS

<u>ORDER</u>

----oo0oo----

The court has reviewed defendants' notice of removal to the United States District Court for the Eastern District of California under 28 U.S.C. §§ 1441(a) and (b) based on federal question jurisdiction. The court finds that the underlying complaint filed in the Superior Court of the State of California for the County of Nevada, which appears to be an ex parte application for a temporary restraining order arising out of alleged elder or dependant adult abuse, does not present a federal question and is therefore improperly before this court. Accordingly, the court REMANDS this action back to the Superior Court of California, County of Nevada.

1      IT IS SO ORDERED.
2  DATED: March 13, 2009

                                    _____
                                    FRANK C. DAMRELL, Jr.
                                    UNITED STATES DISTRICT JUDGE